UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WENDY SMITH,

                         Plaintiff(s),           CASE NO. 07 CV 0422

  -against-

                                               **AFFIDAVIT OF SERVICE**

FORD MOTOR COMPANY, **ET ANO.**,

                        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK    )
                           s.s :
COUNTY OF NEW YORK  )

      BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 29th day of October, 2007, at approximately 3:35 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Ford Motor Company c/o C.T. Corporation System-Registered Agent at 111 Eighth Avenue, New York, New York by personally delivering and leaving the same with Nora Dindyal, Process Specialist, who is authorized by appointment to accept service.
      Nora Dindyal is a brown-skinned female, approximately 43 years of age, is approximately 5 feet and 3 inches tall, weighs approximately 125 pounds, with long black hair and dark eyes.

Sworn to before me this
30th day of October, 2007                                 BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010